UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY KENNEDY,

    Plaintiff,                             Case No. 4:17-CV-10647-TGB-SDD

V                                         Hon. Terrence G. Berg
                                           Mag. J. Stephanie Dawkins Davis

CREDIT CORP SOLUTIONS, INC.
and ROOSEN VARCHETTI &
OLIVER, PLLC,

    Defendants.
_____

## PARTIES' STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AND WITHOUT FEES AND COSTS

Emily Kennedy and Credit Corp Solutions, Inc. and Roosen Varchetti & Oiliveir, PLLC hereby stipulate to the dismissal of this case with prejudice and without fees or costs to any party.

**So stipulated:**

| | |
|---|---|
| */s/ Sean O'Mara* | */s/ Kathleen H. Klaus* |
| O'MARA LAW FIRM, P.C. | MADDIN HAUSER ROTH |
| Sean R. O'Mara (P76140) |   & HELLER, P.C. |
| Attorney for Plaintiff | Kathleen H. Klaus (P67207) |
| 21929 E. Nine Mile Rd. | Attorneys for Defendants |
| St. Clair Shores, MI  48080 | 28400 Northwestern Highway |
| (586) 200-6404 | Second Floor |
| | Southfield, MI  48034 |
| | (248) 359-7520 |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY KENNEDY,

    Plaintiff,

V

CREDIT CORP SOLUTIONS, INC.
and ROOSEN VARCHETTI &
OLIVER, PLLC,

    Defendants.

Case No. 4:17-CV-10647-TGB-SDD

Hon. Terrence G. Berg
Mag. J. Stephanie Dawkins Davis

_____

## ORDER OF DISMISSAL

This cause coming to be heard on the parties' stipulation,

IT IS HEREBY ORDERED:

This case is dismissed with prejudice and without fees or costs to any party.

    /s/Terrence G. Berg
    TERRENCE G. BERG
    UNITED STATES DISTRICT JUDGE

Dated:    April 7, 2017
           Flint, Michigan